UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN ABAYOMI OGUNYELERE, | )<br>)<br>) |
| Plaintiff, | )<br>) No. 4:20-CV-1057 RLW |
| v. | )<br>) |
| THE CJS SOLUTIONS GROUP, LLC d/b/a THE HCI GROUP, | )<br>)<br>) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

On October 20, 2020, the parties filed their Joint Motion to Dismiss and Compel Arbitration (ECF No. 10). The parties state that they are bound by a Mutual Arbitration Agreement, requiring the parties to submit to arbitration various claims that may exist. The parties jointly request that the Court order the parties to proceed with arbitration pursuant to the Mutual Arbitration Agreement.

Accordingly,

**IT IS HEREBY ORDERED** that Joint Motion to Dismiss and Compel Arbitration (ECF No. 10) is **GRANTED**. The parties are ordered to pursue this action through arbitration under the Mutual Arbitration Agreement. This case is **DISMISSED** without prejudice.

Dated this 21st day of October, 2020.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**